UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA LYNN GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendant. | No. 2:25-cv-02062-DC-AC<br><br>ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. Nos. 3, 8) |

On September 29, 2025, the parties filed a stipulation in which they agree to remand this action to the Sacramento County Superior Court, where this action was originally filed. (Doc. No. 8.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Sacramento County Superior Court.

Plaintiff's pending motion to remand (Doc. No. 3) is denied as having been rendered moot by this order.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __September 30, 2025__                                         _____
                                                                                                Dena Coggins
                                                                                                United States District Judge

1